SIBLEY v. N.C. BD. OF THERAPY EXAM'RS

No. 429A02

Case below: 151 N.C. App. 367

Notice of appeal by petitioner pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 October 2002. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 3 October 2002. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

SINGLETON v. HAYWOOD ELEC. MEMBERSHIP CORP.

No. 403A02

Case below: 151 N.C. App. 197

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 3 October 2002.

STATE v. ALEXANDER

No. 408P02

Case below: 151 N.C. App. 598

Motion by plaintiff to dismiss appeal allowed 3 October 2002. Petition by defendant for writ of supersedeas denied and temporary stay dissolved 3 October 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. ALSTON

No. 507P02

Case below: 138 N.C. App. 327

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 3 October 2002.